IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KYRIMA ANDERSON et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:25-cv-00506-MTT-ALS |
| | * |
| WARDEN JESSIE WILLIAMS et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 21st day of November, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk